RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Anthony Joseph Ryan

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY JOSEPH RYAN,<br><br>　　　　Defendant. | Case No. 2:23-cr-00239-RFB-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Edward D. Penetar, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Anthony Joseph Ryan, that the Sentencing hearing set for June 17, 2025, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The probation officer assigned to prepare Mr. Ryan's presentence report has recently changed. The new probation officer and defense counsel believe it would be beneficial for Mr. Ryan to submit to a supplemental interview with the new probation officer.

2. Mr. Ryan is detained and consents to the continuance.

3. The parties agree to the continuance.

4. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

5. This is the third request for continuance of the sentencing hearing.

DATED: May 7, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ *Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ *Edward D. Penetar*<br>EDWARD D. PENETAR<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ANTHONY JOSEPH RYAN,<br><br>       Defendant. | Case No. 2:23-cr-00239-RFB-DJA<br><br>**Order** |

Based on the Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently set for June 17, 2025, at 1:00 PM, be vacated and continued to be vacated and continued August 15, 2025 at 1:00 p.m.    :

DATED this  12th day of May, 2025.

_____
HON. RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

3